# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 2:12-md-02311-SFC-RSW<br>Honorable Sean F. Cox |
| In Re: Steel Tubes | Case No. 2:16-cv-04005 |
| **THIS RELATES TO:**<br>State Attorneys General | |
| **STATE OF CALIFORNIA,**<br>**ex rel. Rob Bonta,**<br>**Attorney General of the State of California** | Case No. 2:21-cv-11615 |
| | **Notice of Voluntary Dismissal** |
| **Plaintiffs,** | |
| **v.** | |
| **Sanoh Industrial Co., Ltd. and**<br>**Sanoh America, Inc.** | |
| **Defendants.** | |

Under Federal Rule of Civil Procedure 41(a), the State of California and its state agencies dismiss Sanoh Industrial Co., Ltd., and Sanoh America, Inc. (collectively, "Defendants") from this action.

Defendants have not filed an answer or motion for summary judgment with respect to the State of California's Complaint. The action has settled against Defendants under the terms of the attached settlement agreement. Dismissal of this action against Defendants is with prejudice and the parties shall bear their own attorneys' fees and costs.

Dated: July 13, 2021

ROB BONTA
Attorney General of California


/s/  Anik Banerjee
KATHLEEN E. FOOTE
Senior Assistant Attorney General
WINSTON H. CHEN
ANIK BANERJEE
CA State Bar No. 236960
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6058
 Anik.Banerjee@doj.ca.gov
*Attorneys for Plaintiffs*